# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC
## ATTORNEYS AT LAW

3 Surrey Lane
Hempstead, New York 11550
(516) 483-2900
Fax: (516) 483 0566

258 Saw Mill River Road
Elmsford, New York 10523
(914) 592-5740
Fax: (914) 592-3213

111 Broadway
Trinity Centre
Suite 1403
New York, New York 10006
(212) 943-9080
Fax: (212) 943-9082

October 24, 2007

*Facsimile 914-390-4085*
Chambers of the Hon. Charles L. Brieant
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: Trustees of the Teamsters Local 456 et al. vs. South Street Materials Inc.
Docket No. 07 CIV 7737 (CLB)
Conference Date: October 26, 2007 @ 9:00 a.m.

Dear Honorable Judge Brieant:

This firm is counsel to plaintiffs in the above referenced matter. I write to request an adjournment of the conference scheduled for Friday, October 26, 2007 @ 9:00 a.m.

The defendant was served with the Summons and Complaint via secretary of state on September 11, 2007 and the time to answer or respond has expired. We are in the process of preparing and filing Default Judgment and supporting papers with the Court.

Accordingly, we respectfully request that the court adjourn the conference. We are simultaneously sending a copy of this letter to the defendant.

Thank you for your assistance and courtesies.

Very truly yours,

BARNES, IACCARINO,
VIRGINIA, AMBINDER &
SHEPHERD, PLLC

By: _____
Rosa Bernardini, Paralegal

cc: South Street Materials Inc.